UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOSEPH DAVID BROWN, JR., | ) CV 08-4587-VAP (SH) |
| Plaintiff, | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) |
| CMC, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(c), the Court has reviewed the Fourth Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

///
///
///

1

1  IT IS THEREFORE ORDERED that a Judgment be entered (1) approving
2  and adopting the Report and Recommendation, (2) granting Defendants' Motion
3  to Dismiss, and; (3) directing that Judgment be entered dismissing the Fourth
4  Amended Complaint without leave to amend.

6  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
7  this Order and the Judgment of this date on the Plaintiff and counsel for
8  Defendants.

9  DATED: Dec 29 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE