UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOSEPH DAVID BROWN, JR., | ) CV 08-4587-VAP (SH) |
| | ) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CMC, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Complaint is dismissed without leave to amend.

DATED: Dec 29 2010

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1